```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:12CR351 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| v. | ) | Date: July 22, 2013<br>Time: 8:30 a.m.<br>Judge: Lawrence J. O'Neill |
| Fahn Meng Lee, and<br>John Yaohinh Lee. | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for June 17, 2013, may be continued to **July 22, 2013, at 8:30 a.m.**

The reason for the continuance is due to the passing of the mother of the assigned prosecutor. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Stipulation Continuing Status Conference; [Proposed] Order

Dated: June 13, 2013            BENJAMIN B. WAGNER
                                United States Attorney

                            By:    /s/
                                KAREN A. ESCOBAR
                                Assistant U.S. Attorney


Dated: June 13, 2013               /s/
                                Ann H. McGlenon
                                Counsel for Defendant
                                Fahn Meng Lee

Dated: June 13, 2013               /s/
                                JOHN F. GARLAND
                                Attorney for Defendant
                                John Yaohinh Lee

## **O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:  June 14, 2013**            **/s/  Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference; [Proposed] Order

2