UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill  **RE:** John Yaohinh LEE
U.S. District Court Judge  Docket Number: 1:12CR00351-02 LJO
Fresno, California  <u>Request For Amended Judgment</u>

Your Honor:

On November 12, 2013, the defendant was sentenced to probation relative to his conviction for Manufacture 70 Marijuana Plants. As a condition of probation, he was granted 6-months Location Monitoring with leaves for work purposes three days per week from 6 a.m. to 9 p.m. and as approved by the Probation Officer. The language stated in the judgment is not explicit enough to meet agency standards and it is, therefore, requested that the judgment be amended to incorporate the following suggested language at Special Condition No. 6:

> The defendant shall be monitored for a period of 6 months, with Location Monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of Location Monitoring based upon their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:
>
> a. The defendant shall be restricted to his residence at all times except for employment purposes, three days per week from 6 a.m. to 9 p.m., as approved by the Probation Officer. The defendant is allowed to leave his residence for education purposes; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

**RE:    John Yaohinh LEE
         Docket Number:  1:12CR00351-02   LJO**

Defense Counsel has been advised of this request and has no objection. Should Your Honor have any questions or concerns, please contact me at (559) 499-5733.

Respectfully submitted,

/s/ Melinda S. Peyret

**MELINDA S. PEYRET
Sr. United States Probation Officer**

**APPROVED BY:**

Dated:    December 10, 2013
          Fresno, California
          MSP:mp

Attachment(s)

cc:    Karen Escobar
       Assistant United States Attorney

       John Garland
       Defense Counsel

IT IS SO ORDERED.

   Dated:   **December 11, 2013**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE